Katriana L. Samiljan, WSBA #28672
James L. Day, WSBA #20474
Thomas A. Buford, WSBA #52969
Bush Kornfeld LLP
601 Union Street, Suite 5000
Seattle, WA 98101-2373
Telephone: (206) 292-2110
Facsimile: (206) 292-2104
Email: ksamiljan@bskd.com

Andrew I. Silfen*
George P Angelich*
Mark A. Angelov*
Jordana P. Renert*
ARENT FOX LLP
1675 Broadway
New York, New York 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
andrew.silfen@arentfox.com
george.angelich@arentfox.com
mark.angelov@arentfox.com
jordana.renert@arentfox.com

*Admitted *Pro Hac Vice*

Attorneys for the Official Committee of Unsecured Creditors of Kennewick Public Hospital District

HONORABLE FREDERICK P. CORBIT
Chapter 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re

KENNEWICK PUBLIC HOSPITAL DISTRICT,

           Debtor.

ADVERSARY NO. 17-80042-FPC

Bankruptcy No. 17-02025-9

NOTICE OF WITHDRAWL OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR AN ORDER (I)

NOTICE OF WITHDRAWAL OF MOTION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION FOR ORDER GRANTING COMMITTEE STANDING OR APPT. OF TRUSTEE – Page 1
2296 20171 ca29fw09br

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

17-80042-FPC    Doc 41    Filed 01/29/18    Entered 01/29/18 12:40:39    Pg 1 of 3

| | |
|---|---|
| KENNEWICK PUBLIC HOSPITAL DISTRICT, a Washington public hospital district,<br><br>        Plaintiff/Counterdefendant,<br><br>v.<br><br>THE UNIVERISTY OF PUGET SOUND, a Washington nonprofit corporation,<br><br>        Defendant/Counterclaimant, | GRANTING (A) THE COMMITTEE STANDING, OR (B) IN THE ALTERNATIVE, THE APPOINTMENT OF A TRUSTEE, TO COMMENCE, PROSECUTE, AND LITIGATE ADDITIONAL CLAIMS AND CAUSES OF ACTION AGAINST UNIVERSITY OF PUGET SOUND ON BEHALF OF THE DEBTOR; AND (II) CONSOLIDATING THE COMMITTEE ADVERSARY PROCEEDING AND DEBTOR ADVERSARY PROCEEDING |

PLEASE TAKE NOTICE that The Official Committee of Unsecured Creditors of Kennewick Public Hospital District (the "Committee") hereby withdraws *The Official Committee of Unsecured Creditors' Motion for an Order (I) Granting (A) The Committee Standing, or (B) In the Alternative, the Appointment of a Trustee, to Commence, Prosecute, and Litigate Additional Claims and Causes of Action Against University of Puget Sound on Behalf of The Debtor; and (II) Consolidating the Committee Adversary Proceeding and Debtor Adversary Proceeding* (Dkt No. 25) (the "Motion"). The Committee intends to file an amended motion seeking substantially the same relief as set forth in the Motion in the next twenty-four hours.

/ / /

/ / /

/ / /

NOTICE OF WITHDRAWAL OF MOTION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION FOR ORDER GRANTING COMMITTEE STANDING OR APPT. OF TRUSTEE – Page 2

2296 20171 ca29fw09br

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

DATED this 29th day of January, 2018.

BUSH KORNFELD LLP

By: /s/ *James L. Day*
Katriana L. Samiljan, WSBA #28672
James L. Day, WSBA #20474
Thomas A. Buford, WSBA #52969
Bush Kornfeld LLP
601 Union Street, Suite 5000
Seattle, WA 98101-2373
Telephone: (206) 292-2110
Facsimile: (206) 292-2104
ksamiljan@bskd.com
jday@bskd.com
tbuford@bskd.com

Attorneys for the Official Committee of Unsecured Creditors of Kennewick Public Hospital District

NOTICE OF WITHDRAWAL OF MOTION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION FOR ORDER GRANTING COMMITTEE STANDING OR APPT. OF TRUSTEE – Page 3

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2296 20171 ca29fw09br

17-80042-FPC    Doc 41    Filed 01/29/18    Entered 01/29/18 12:40:39    Pg 3 of 3