Honorable Frederick P. Corbit
Chapter 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| In Re: | Case No. 17-02025-FPC9 |
|---|---|
| KENNEWICK PUBLIC HOSPITAL DISTRICT, | |
| Debtor. | |
| KENNEWICK CREDITORS' TRUST, | Adv. Proc. No. 17-80042-FPC9 |
| Plaintiff, | |
| v. | **JOINT MOTION TO APPROVE STIPULATION DISMISSING CERTAIN CLAIMS** |
| THE UNIVERSITY OF PUGET SOUND, a Washington nonprofit corporation, | |
| Defendant. | |

JOINT MOTION TO APPROVE STIPULATION DISMISSING CERTAIN CLAIMS
Adv. Case No. 17-80042-FPC9

Kennewick Liquidation Trust (the "Liquidation Trust") and the University of Puget Sound (the "University") have agreed to and filed a Stipulation Dismissing Certain Claims (the "Stipulation") (ECF No. 137). The parties hereby jointly move for entry of an order granting the relief sought therein pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

A proposed order is submitted herewith.

DATED: May 3, 2019.

**BUSH KORNFELD LLP**

By: *s/ James L. Day*
James L. Day, WSBA #20474
Thomas A. Buford, WSBA #52969
601 Union Street, Suite 5000
Seattle, Washington 98101-2373
Telephone: (206) 292-2110
Facsimile: (206) 292-2104
Email: jday@bskd.com
tbuford@bskd.com

*Attorneys for Kennewick Liquidation Trust*

JOINT MOTION TO APPROVE
STIPULATION DISMISSING CERTAIN
CLAIMS - 1
Adv. Case No. 17-80042-FPC9

**SAVITT BRUCE & WILLEY LLP**

By: *s/ James P. Savitt*
    James P. Savitt, WSBA #16847
    Miles A. Yanick, WSBA #26603
    Jacob P. Freeman, WSBA #54123
    1425 Fourth Avenue, Suite 800
    Seattle, Washington 98101-2272
    Telephone: 206.749.0500
    Facsimile: 206.749.0600
    Email: jsavitt@sbwllp.com
            myanick@sbwllp.com
            jfreeman@sbwllp.com

**DANIEL R. MERKLE PS**

By: *s/ Daniel R. Merkle*
    Daniel R. Merkle, WSBA #13589
    1325 Fourth Avenue, Suite 940
    Seattle, Washington 98101-2509
    Telephone: 206.624.9392
    Facsimile: 206.624.0717
    Email: danm@msfseattle.com

*Attorneys for The University of Puget Sound*

JOINT MOTION TO APPROVE
STIPULATION DISMISSING CERTAIN
CLAIMS - 2
Adv. Case No. 17-80042-FPC9

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 3, 2019 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 3rd day of May, 2019 at Seattle, Washington.

*Gabriella Sanders*
Gabriella Sanders

CERTIFICATE OF SERVICE
Adv. Case No. 17-80042-FPC9

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

17-80042-FPC    Doc 141    Filed 05/03/19    Entered 05/03/19 13:41:56    Pg 4 of 4