UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>KENNEWICK PUBLIC HOSPITAL DISTRICT,<br><br>Debtor. | Case No. 17-02025-FPC9 |
| KENNEWICK LIQUIDATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF PUGET SOUND, a Washington nonprofit corporation,<br><br>Defendant, | Adv. Proc. No. 17-80042-FPC9<br><br>**PROPOSED ORDER DISMISSING CERTAIN CLAIMS** |

PROPOSED ORDER DISMISSING
CERTAIN CLAIMS
Adv. Case No. 17-80042-FPC9

Kennewick Liquidation Trust (the "Liquidation Trust") and the University of Puget Sound (the "University") have agreed to and filed a Stipulation Dismissing Certain Claims (the "Stipulation") (ECF No. 137) and have filed a joint motion to approve the Stipulation.  The motion is granted.  Accordingly, the Stipulation is approved,  incorporated herein by reference, and SO ORDERED.

///End of Order///

Presented by:

**BUSH KORNFELD LLP**

By:  *s/ James L. Day*
    James L. Day, WSBA #20474
    Thomas A. Buford III, WSBA #52969

*Attorneys for Kennewick Liquidation Trust*


**SAVITT BRUCE & WILLEY LLP**

By:  *s/ James P. Savitt*
    James P. Savitt, WSBA #16847
    Miles A. Yanick, WSBA #26603
    Jacob P. Freeman, WSBA #54123
    1425 Fourth Avenue, Suite 800
    Seattle, Washington 98101-2272
    Telephone: 206.749.0500
    Facsimile: 206.749.0600
    Email:  jsavitt@sbwllp.com
            myanick@sbwllp.com
            jfreeman@sbwllp.com


PROPOSED ORDER DISMISSING
CERTAIN CLAIMS - 1
Adv. Case No. 17-80042-FPC9

1 | **DANIEL R. MERKLE PS**
2 | By: _s/ Daniel R. Merkle_
    Daniel R. Merkle, WSBA #13589
3 | 1325 Fourth Avenue, Suite 940
    Seattle, Washington 98101-2509
4 | Telephone: 206.624.9392
    Facsimile: 206.624.0717
5 | Email: danm@msfseattle.com

6 | _Attorneys for The University of Puget Sound_

PROPOSED ORDER DISMISSING
CERTAIN CLAIMS - 2
Adv. Case No. 17-80042-FPC9